ST. LAWRENCE COUNTY FARMERS' INSURANCE COMPANY, Appellant, *v.* ETHEL THOMPSON, Respondent.

(Argued January 23, 1935; decided February 26, 1935.)

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.